[Nos. 18301–0–I; 18704–0–I.    Division One.    July 27, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. LARRY ALAN STORSETH, *Appellant.*

*In the Matter of the Personal Restraint of* LARRY ALAN STORSETH, *Petitioner.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 85-1-00459-5, Robert C. Bibb, J., entered March 14, 1986, together with a petition for relief from personal restraint. Motion of counsel to withdraw and dismiss appeal *granted in part* and petition *denied* by unpublished per curiam opinion.

[Nos. 18718–0–I; 19391–1–I.    Division One.    July 27, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. GLENNIS PARKER, *Defendant,* BOBBY JOE WASHINGTON, ET AL, *Appellants.*

Appeals from judgments of the Superior Court for King County, No. 86–1–01621–6, Arthur E. Piehler, J., entered October 24 and June 17, 1986. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Swanson and Grosse, JJ.

[No. 17910–1–I.    Division One.    July 27, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. JERRY LEROY MARCHEA, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 85–1–02373–7, Frank L. Sullivan, J., entered January 23, 1986. *Dismissed* by unpublished per curiam opinion.